1   ADVANCED DISABILITY ADVOCATES
2   Kevin Hong (SBN 299040)
    3010 Wilshire Blvd. #516
3   Los Angeles, CA 90010
    Telephone: (310) 926-2519
4   Facsimile:  (310) 634-1258
    adadvocates@gmail.com
5
    Attorneys for Plaintiff
6   VICTORINO CASTILLO

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10
    VICTORINO CASTILLO,                     **Case No.: 2:17-cv-5888 GW (JCx)**
11
                    Plaintiff,              PLAINTIFF'S RESPONSE TO ORDER
12                                          TO SHOW CAUSE RE: DISMISSAL
            vs.                             FOR LACK OF PROSECUTION
13

14  EB FOODS MONTEBELLO
    CORPORATION d/b/a TACOS DON
15  CHENTO; and DOES 1 through 10
    inclusive,
16                                          Case Filed:  August 8, 2017
                    Defendants.
17

18

19

20

21

22

23

24
            Plaintiff Victorino Castillo ("Plaintiff") hereby file his response to this Court's
25
    November 6, 2017 Order to Show Cause [ECF No. 9] "why this action should not be
26
    dismissed for lack of prosecution," and respectfully state as follows:
27

28

                                   Response to OSC - 1

1    1.    This case was filed on August 8, 2017.  However, under circumstances out

2  of the control of Plaintiff, Plaintiff has been unable to serve the summons and complaint

3  package on Defendant EB FOODS MONTEBELLO CORPORATION d/b/a TACOS

4  DON CHENTO ("Defendant").

5    2.    Plaintiff sent work order forms to attorney service, Interstate Attorney

6  Service ("Interstate") for proper, personal service of the summons and complaint package

7  on Defendant.  Plaintiff provided the agent for service of process information of

8  Defendant as provided by the California Business Search under the California Secretary

9  of State website and the Statement of Information as to Defendant.

10    3.    Interstate attempted to serve Defendants, however, Defendant's agent for

11  service of process was no longer at the address provided by the California Secretary of

12  State and nobody was authorized to accept service at the site.  A true and correct copy of

13  the Interstate work order is attached hereto as Exhibit "A" and incorporated herein by this

14  reference.

15    4.    Plaintiff requested Interstate for the second time to serve Defendant at a

16  different address, the corporation's business address as an alternative method of service

17  in order to satisfy his obligation to file a proof of service as soon as practicable.

18    5.    Interstate is currently still in process of properly serving Defendant in a good

19  faith effort and diligence to properly serve Defendant.  Plaintiff will also continue to

20  work diligently to ensure the Defendant is served as quickly as possible and believe that

21  Plaintiff will be in a position to file the proof of service within the next month.

22    WHEREFORE, Plaintiff respectfully requests that the Court refrain from

23  dismissing this action and allow Plaintiff to serve Defendant within 30 days from this

24  date.

25  Dated: November 20, 2017        ADVANCED DISABILITY ADVOCATES

26

27        By:    _/s/ Kevin Hong_____

28        Kevin Hong, Esq.
             Attorneys for Plaintiff