JS-6

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   VICTORINO CASTILLO,                    Case No. CV 17-5888-GW(JCx)
12            Plaintiff,                    **ORDER GRANTING STIPULATION
                                            FOR DISMISSAL OF THE ENTIRE
13        v.                                ACTION**
14   EB FOODS MONTEBELLO
     CORPORATION d/b/a TACOS DON            Complaint Filed:   August 08, 2017
15   CHENTO; and DOES 1 through 10,         Trial Date:        August 7, 2018
16            Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: March 26, 2018

_____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER